IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILLIP C. BAKER,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC CORPORATION, a Utah Corporation, and UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>                    Defendants. | **AMENDED SCHEDULING ORDER (SECOND)**<br><br>Civil No. 2:16-cv-00630<br><br>Honorable Dee Benson<br><br>Magistrate Brooke C. Wells |

      Based on the parties' Second Joint Stipulated Motion to Amend the Scheduling Order AND FOR GOOD CAUSE SHOWING, the Court hereby enters the following Second Amended Scheduling Order:

      1.    The deadline for summary judgment or other dispositive motions is August 9, 2018.

      2.    The remaining deadlines and dates in the original and amended Scheduling Order (Dkt. No. 31 and 35) will remain the same.

      DATED this 26 April 2018.

                                                    _____
                                                    Brooke C. Wells
                                                    United States Magistrate Judge

Approved as to Form


s/ Christopher R. Hedican
Christopher R. Hedican
Attorney for Defendants


s/ Cameron Platt
Cameron Platt
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

     I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

     Erik Strindberg
     Cameron S. Platt

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

     None.

                                                                     /s/ Christopher R. Hedican